People v Garcia (2021 NY Slip Op 51026(U))

[*1]

People v Garcia (Sebastian)

2021 NY Slip Op 51026(U) [73 Misc 3d 134(A)]

Decided on October 21, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 21, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : TERRY JANE RUDERMAN, P.J., TIMOTHY S. DRISCOLL, HELEN
VOUTSINAS, JJ

2020-64 W CR

The People of the State of New York,
Respondent,
against
Sebastian Garcia, Appellant. 

John Savoca, for appellant.
Westchester County District Attorney, for respondent (no brief filed).

Appeal from an amended judgment of the Justice Court of the Village of Tarrytown,
Westchester County (Kyle C. McGovern, J.), rendered November 27, 2019. The amended
judgment revoked a sentence of probation previously imposed, upon a finding that defendant had
violated a condition thereof, upon his admission, and resentenced defendant to six months'
imprisonment. Assigned counsel has submitted a brief in accordance with Anders v California
(386 US 738 [1967]), seeking leave to withdraw as counsel.

ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel
pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review
of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal.
Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.;
People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89
AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez,
47 NY2d 606 [1979]).
RUDERMAN, P.J., DRISCOLL and VOUTSINAS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 21, 2021